# United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv3897

Assigned/Issued By: J. N.

Judge Name: LEINENWEBER

Designated Magistrate Judge: COX

## FEE INFORMATION

Amount Due:  ☑ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350

Receipt #: 2918812

Date Payment Rec'd: 7-9-08

Fiscal Clerk: J. N.

## ISSUANCES

☑ Summons
☐ Third Party Summons
☐ Non Wage Garnishment Summons
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
☐ Writ _____
(Type of Writ)

☐ Alias Summons
☐ Lis Pendens
☐ Abstract of Judgment
_____
_____
(Victim, Against and $ Amount)
☐ Other
_____
_____
(Type of issuance)

1 Original and 0 copies on 7-9-08 as to DEFENDANT
(Date)